UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACCESS FOR THE DISABLED, INC.
and PATRICIA KENNEDY,

    Plaintiffs,

v.                                            Case No.  8:12-cv-384-T-30TGW

KC HOLDINGS OF BRANDON, LLC,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Extension of Time to Comply with ADA Scheduling Order (Dkt. 7).  Upon consideration of same, the Court concludes that the motion should be granted in part and denied in part.

Specifically, Plaintiffs' request for an extension until April 13, 2012, to file their interrogatory answers as set forth in the Court's ADA Scheduling Order is granted.

Plaintiffs' request for an extension of time to complete a formal inspection of Defendant's property in order to provide Defendant with a "complete" expert report regarding same is denied.  The Court's ADA Scheduling Order states that Plaintiffs shall provide Defendant with a copy of any "existing expert report." (Dkt. 3).  If Plaintiffs wish to conduct a Rule 34 inspection of Defendant's property in order to provide Defendant with a "complete" expert report, they may file the appropriate motion, requesting a Rule 34 inspection, with the Court.

It is therefore ORDERED AND ADJUDGED that Plaintiffs' Motion for Extension of Time to Comply with ADA Scheduling Order (Dkt. 7) is granted in part and denied in part as set forth herein.

**DONE** and **ORDERED** in Tampa, Florida on April 5, 2012.

                                                                    /s/ James S. Moody, Jr.
                                                                    JAMES S. MOODY, JR.
                                                                    UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-384.mtextendADA7.frm