UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACCESS FOR THE DISABLED,
INC., and PATRICIA KENNEDY,

    Plaintiffs,

v.                          Case No. 8:12-cv-384-T-30TGW

KC HOLDINGS OF BRANDON, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiffs' Notice of Voluntary Dismissal (Dkt. #12). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 17, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-384.dismiss 12.wpd